

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,466

**EX PARTE ROBERT WILSON, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. D-1-DC-09-206437 IN THE 427th DISTRICT COURT
### FROM TRAVIS COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault with serious bodily injury and sentenced to seven years' imprisonment. He did not appeal his conviction.

Applicant contends that his plea was involuntary because he was erroneously promised the possibility of shock probation as a part of his plea agreement.

The trial court has entered findings of fact and conclusions of law, based upon the record,

that Applicant's allegations are correct and the plea in this case was involuntarily entered. Applicant is entitled to relief. *Ex parte Austin*, 746 S.W.2d 226 (Tex. Crim. App. 1988).

Relief is granted. The judgment in Cause No. D-1-DC-09-206437 in the 427th Judicial District Court of Travis County is set aside, and Applicant is remanded to the custody of the sheriff of TRAVIS County to answer the charges as set out in the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: December 15 ,2010
Do Not Publish